**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.                                    Case No.: 1:08–cr–00007
                                           Honorable Samuel Der–Yeghiayan

Dean Roupas, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 11, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan as to defendant Dean Roupas: At the parties' request, arraignment and plea set for 01/17/08 is stricken and reset to 01/24/08 at 11:30 a.m. for a guilty plea as to defendant Dean Roupas. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.