## UNITED STATES DISTRICT COURT
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:08−cr−00007
                                        Honorable Samuel Der−Yeghiayan

Dean Roupas, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan as to Defendant Dean Roupas: At the parties' request, arraignment and plea set for 02/14/08 is stricken and reset to 02/26/08 at 11:30 a.m. for a guilty plea as to defendant Dean Roupas by agreement of the parties. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.