# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

USA ,  ]  Case Number: **1:08 CR 00007-001**

v. **Dean Roupas, et. al**.  ]  Hon. **Samuel Der-Yeghiayan**

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

*Defendant Dean Roupas*

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE<br>**s/William H. Hooks** | | SIGNATURE<br>**s/** | |
| NAME<br>**WILLIAM H. HOOKS** | | NAME | |
| FIRM<br>**HOOKS LAW OFFICES, P.C.** | | FIRM | |
| STREET ADDRESS<br>**134 NORTH LASALLE STREET-SUITE 1400** | | STREET ADDRESS | |
| TELEPHONE NUMBER<br>**312/553-5252** | TELEPHONE NUMBER<br>**312/553-1510** | TELEPHONE NUMBER | TELEPHONE NUMBER |
| CITY/STATE/ZIP<br>**CHICAGO, ILLINOIS 60602** | | CITY/STATE/ZIP | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>**6180905** | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR  YES **X**  NO ☐ | | MEMBER OF TRIAL BAR  YES ☐  NO **X** | |
| TRIAL ATTORNEY? YES **X**  NO ☐ | | TRIAL ATTORNEY  YES ☐  NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL YES **X**  NO ☐ | | DESIGNATED AS LOCAL COUNSEL YES ☐  NO ☐ | |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR     YES ☐  NO ☐ | | MEMBER OF TRIAL BAR  YES ☐  NO ☐ | |
| TRIAL ATTORNEY?        YES ☐  NO ☐ | | TRIAL ATTORNEY?     YES ☐  NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL    Yes ☐  No ☐ | | DESIGNATED AS LOCAL COUNSEL Yes ☐  No ☐ | |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.