**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **USA** | ] | **CASE NO. 01:08-CR-00007-001** |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | **HON. SAMUEL DER-YEGHIAYAN** |
| vs. | ] | |
| | ] | |
| **DEAN ROUPAS, et. al.** | ] | |
| | ] | |
| **Defendants.** | ] | |

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that the following document(s):

## APPEARANCE

were served on February 20, 2008, in accordance with FED R. CRIM., P.49, FED R. CIV. P.5 L.R.5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

Respectfully submitted,

s/ William H. Hooks
**WILLIAM H. HOOKS**, Counsel for
*Defendant Dean Roupas*

**HOOKS LAW OFFICES, P.C.**
**THE METROPOLITAN BUILDING**
**134 NORTH LASALLE STREET/SUITE 1400**
**CHICAGO, ILLINOIS 60602**
**(312) 553-5252 – (312) 553-1510**
**ATTORNEY NO. 6180905**