# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 7 - 1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Dean Roupas | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Dean Roupas. Defendant enters plea of guilty as to Count I of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Status hearing set for 06/25/08 at 9:00 a.m. The Government and defendant agree on conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered released after processing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|