UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **No.  08 CR 007 - 03** |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | Judge Presiding |
| CHUCK MAALI, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that we have filed on June 18, 2008,

**DEFENDANT CHUCK MAALI'S SENTENCING MEMORANDUM BASED ON §3553(a)**

before Hon. Samuel Der-Yeghiayan, United States District Court, Chicago, IL 60604

## CERTIFICATE OF SERVICE

     Steven Shobat, an attorney, states that on June 18, 2008, in accordance with Federal Rule Criminal Procedure 49, the following documents were served by electronic filing the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following individuals:

AUSA Jacqueline Stern
U.S. Probation Officer Kelly Kwong

                                                     */s/ Steven Shobat*
                                                     Steven Shobat
                                                     Attorney for Defendant Maali