## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 7 - 1 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Dean Roupas | | |

**DOCKET ENTRY TEXT**

Status hearing held. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 07/18/08. The parties are further given leave until 07/18/08 to submit to the Court any other sentencing position papers. Sentencing is set for 07/25/08 at 11:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|