UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,) | |
| ) | Case No. 08 CR 07 |
| vs. ) | Judge Samuel Der-Yeghiayan |
| ) | |
| DEAN ROUPAS, et. al. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document(s)

**DEFENDANT'S VERSION OF THE OFFENSE**

were served on July 3, 2008 in accordance with FED R. CRIM., P.49, FED R. CIV. P.5 L.R.5.5. and the General Order on Electronic Case Filing (ECF) pursuant to the district court's systems as to ECF Filers

       Respectfully submitted,

By:/s/  William H. Hooks
    **WILLIAM H. HOOKS**, *Counsel for Defendant Dean Roupas*

    HOOKS LAW OFFICES, P.C.
    BARRISTER HALL
    29 SOUTH LASALLE STREET
    SUITE 333
    CHICAGO, IL  60603
    [312] 553-5252—[312] 553-1510 [FAX]
    ATTORNEY NO. 6180905